JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES V. WALLACE, | ) | Case No. CV 15-1721-PSG (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| JACK FOX, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: 9/13/17

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE